IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KEARNEY REGIONAL MEDICAL CENTER, | ) ) ) | |
| Plaintiff, | ) ) | 4:15CV3081 |
| v. | ) ) | |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, and SYLVIA MATHEWS BURWELL, in her official capacity as Secretary of the United States Department of Health and Human Services, | ) ) ) ) ) ) ) ) | ORDER AND JUDGMENT |
| Defendants. | ) ) | |

Pursuant to the memorandum opinion entered herein this date,

IT IS ORDERED:

1) Defendants' motion for summary judgment is granted.

2) The final decision of the Secretary is affirmed.

3) Plaintiff's motion for summary judgment is denied.

4) Plaintiff's due process claims are dismissed with prejudice.

DATED this 29th day of November, 2016.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court