IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| KEARNEY REGIONAL MEDICAL CENTER, LLC, | ) ) ) | |
|---|---|---|
| Plaintiff, | ) ) | 4:15CV3081 |
| V. | ) ) | |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, and ALEX M. AZAR, II, in his official capacity as Secretary of the United States Department of Health and Human Services, | ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

The mandate from the United States Court of Appeals for the Eighth Circuit, Filing no. 45, has now been filed thus confirming the decision of that Court, Filing no. 41 at CM/ECF p. 10, reversing and remanding this case with directions to return the case to the agency for further proceedings.

IT IS ORDERED that:

1. This case is remanded to the Defendants in accordance with the opinion of the Court of Appeals.

2. A separate Judgment will be entered.

3. This case is closed.

DATED this 11th day of October, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge